## Gibson Unemployment Compensation Case.

Argued November 10, 1964.   *Wilma D. Gibson,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.